IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dyse, Walter D

Printed: 2/5/08

Case Number: 04 B 16181
Judge: Squires, John H
Filed: 4/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: January 10, 2008
Confirmed: June 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 45,760.00 |  |
| Secured: |  | 33,451.50 |
| Unsecured: |  | 4,865.57 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,184.18 |
| Other Funds: |  | 2,558.75 |
| Totals: | 45,760.00 | 45,760.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Citicorp Mortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Citicorp Mortgage Inc | Secured | 21,987.66 | 21,987.66 |
| 4. | DaimlerChrysler Servs North America | Secured | 11,463.84 | 11,463.84 |
| 5. | State Farm Bank | Unsecured | 604.71 | 1,426.75 |
| 6. | RoundUp Funding LLC | Unsecured | 287.21 | 677.62 |
| 7. | RoundUp Funding LLC | Unsecured | 479.48 | 1,131.28 |
| 8. | Discover Financial Services | Unsecured | 368.42 | 869.25 |
| 9. | ECast Settlement Corp | Unsecured | 322.40 | 760.67 |
|  |  |  | $ 38,213.72 | $ 41,017.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 166.40 |
| 6.5% | 530.40 |
| 3% | 93.59 |
| 5.5% | 514.81 |
| 5% | 156.00 |
| 4.8% | 299.52 |
| 5.4% | 423.46 |
|  | $ 2,184.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dyse, Walter D | Case Number:  04 B 16181 |
| | Judge:  Squires, John H |
| Printed:  2/5/08 | Filed:  4/26/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

                                              _____